DONALD G. DERRICO
DDERRICO@GORDONREES.COM
914-777-2225



ATTORNEYS AT LAW
500 MAMARONECK AVENUE, SUITE 503
HARRISON, NY 10528
WWW.GRSM.COM

May 20, 2021

**Via CM/ECF**
Magistrate Judge James R. Cho
United States District Court, Eastern District
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *Jiang Ling Zhen v. Safety Kleen Systems, Inc. and Christopher Meyer*
      Civil Action No.: 1:18-cv-06015-ERK-PK
      Re: Rescheduling Jury Selection

Dear Judge Cho:

  As you know, our office represents the defendants in the above matter. As the Court is aware, Jury Selection in this case is scheduled to begin on June 1, 2021 at 9 a.m. With the Court's approval, our office respectfully requests that Jury Selection be rescheduled from June 1, 2021 to June 2, 2021 at 9 a.m. I have spoken to plaintiff's counsel and he provided his consent to such a rescheduling. My request is due to the fact I will be traveling upstate for Memorial Day, and I would prefer not to make the drive back on the Holiday. If the Court could indulge such a request, it would be greatly appreciated. If the Court cannot reschedule, I completely understand, and I will be in Court on June 1, 2021 to attend Jury Selection.

  Thank you for your courtesy.

            Very truly yours,

            /S/

            Donald G. Derrico

cc: (via CM/ECF)
Gersowitz Libo & Korek, P.C.
Attorney for Plaintiff
111 Broadway, 12th Floor
New York, New York 1000

1