UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Jiang Ling Zhen,

                            Plaintiff,

          -V-

Safety-Kleen Systems, Inc., et al.,

                          Defendants.
------------------------------------------------------------X

**ORDER OF SUSTENANCE**

18-CV-06015 (ERK)

**James R. Cho, United States Magistrate Judge:**

        It is hereby ORDERED that the Jury Department supply proper sustenance to the jurors empaneled for the morning session in the above entitled action.

        SO ORDERED.

                                          S/ James. R. Cho, U.S.M.J.
                                          _____
                                          JAMES R. CHO
                                          UNITED STATES MAGISTRATE JUDGE

Dated: Brooklyn, New York
       June 2, 2021